U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Robert G. Babula<br>v.<br>Harwood Heights Police Officer Robert McNally, et al. | Case Number:<br>FILED: JULY 15, 2008<br>08CV4018<br>JUDGE SHADUR<br>MAGISTRATE JUDGE SCHENKIER<br>PH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Robert G. Babula

| | |
|---|---|
| NAME (Type or print) | |
| Jeffrey J. Neslund, 150 N. Wacker Dr., suite 2460, Chicago, IL 60606 | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jeffrey J. Neslund | |
| FIRM | |
| Law Offices of Jeffrey J. Neslund | |
| STREET ADDRESS | |
| 150 N. Wacker Dr., suite 2460 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6215115 | TELEPHONE NUMBER<br>(312) 223-1100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |