UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Robert G. Babula
                        Plaintiff,

v.                                                Case No.: 1:08−cv−04018
                                                Honorable Milton I. Shadur

Robert McNally, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. Accordingly this Court orders Babula's counsel to take a hard look at the Complaint's allegations and to sharpen up the separate identification of the targeted defendants wherever feasible, to facilitate the preparation of a responsive pleading or pleadings.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.